B6


**FILED**
5/10/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

APR 2 9 2016 AB

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Darnell Duett
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:16-cv-4845**
**Judge Thomas M. Durkin**
**Magistrate Judge Mary M. Rowland**
**PC1**

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

"Thomas Dart"
"Director / Jones"        "Sgt. Daily"
"Director / Moore"        "Superintendent / Brown"
"C/o Mczarna"             "C/o Riley"
"Commander / Dominguez"   "C/o Vereen"
"Sgt. Peck"               "Nurse Lee"
_____  "Nurse Short"
(Enter above the full name of ALL   "Nurse Jane Doe"
defendants in this action.  Do not   "C/o John Doe"
use "et al.")                "C/o John Doe"

**CHECK ONE ONLY:**

___✓___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I. Plaintiff(s):**

A. Name: DARNEll DuETT

B. List all aliases: N/A

C. Prisoner identification number: 20140626293

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: THomas DARt

Title: SHERiff

Place of Employment: Cook County Jail

B. Defendant: JoNES

Title: DiRECtoR

Place of Employment: Cook County Jail

C. Defendant: MooRE

Title: DiRECtoR

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I.    **Plaintiff(s):**

    A.    Name: Darnell Duett

    B.    List all aliases: N/A

    C.    Prisoner identification number: 20140626295

    D.    Place of present confinement: Cook County Jail

    E.    Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: DOMINQUEZ

        Title: Commander

        Place of Employment: ~~MOCZARNA~~ Cook County Jail

    B.    Defendant: MOCZARNA

        Title: Correctional officer

        Place of Employment: Cook county Jail

    C.    Defendant: PECK

        Title: Sergent

        Place of Employment: Cook count Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I  plaintiffs

  A. NAME: DARNELL DUETT

  B. LIST All Aliases: N/A

  C prisoner identification number: 20140626293

  D. place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002  Chicago IL 60608


II DEFENDANT(s)

  A. DEFENDANT: DAily
    Title: Sergant
    place of Employment: Cook County Jail

  B. DEFENDANT: BROWN
    Title: Superintendent
    place of Employment: Cook County Jail

  C. DEFENDANT: RiLEy
    Title: Correctional officer
    place of Employment: Cook County Jail

I plaintiffs

A. NAME: Darnell DUETT

B. List All Aliases: N/A

C. prisoner identification number: 20190626293

D. place of present confinement: Cook Count Jail

E. Address: P.O. Box 089002 Chicago IL 60608


II Defendant(s)

A. Defendant: VEREEN
   Title: Correctional officer
   place of Employment: cook county Jail

B. Defendant: LEE
   Title: Nurse
   place of Employment: cook county Jail

C. Defendant: Short
   Title: Nurse
   place of Employment: cook county Jail

I   plaintiffs

A. NAME: DARNELL DUETT

B. List All Aliases: N/A

C. prisoner identification number: 2016-0626293

D. place of present confiment: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608



II   DEFENDANT(s)


A. Defendant: JANE DOE

    Title: Nurse

  place of Employment: Cook County Jail


B. Defendant: John DOE

    Title: Correctional officer

  place of Employment: Cook County Jail


C. Defendant: John Doe

    Title: Correctional officer

  place of Employment: Cook County Jail

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: 13C 3533

    B.    Approximate date of filing lawsuit: 5-13-13

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: DARNELL QuETT

    D.    List all defendants: Bonny Jones, Et al Tom Dart

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

    F.    Name of judge to whom case was assigned: Thomas Durkns

    G.    Basic claim made: Excessive force

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED

    I.    Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 13 C 4500

B.   Approximate date of filing lawsuit: 3-13-13

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Darnell Dutt

D.   List all defendants: V. Thomas    Tom Dart

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: Thomas Durkin

G.   Basic claim made: Excessive force failure to

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

I.   Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

III List All lawsuits you (and your co-plaintiffs, if any) have filed in any State or federal court in the United States:

A. NAME of case and docket number: 15 C 7007

B. Approximate date of filing lawsuit: 8-10-15

C. List all plaintiffs (if you had co-plantiffs), including any aliases: DARNELL DUETT

D. List All defendants: Guadarrama, John Doe, Tom Dart

E. Court in which the lawsuit was filed: Northern District

F. Name of Judge to whom case was assigned: Thomas Durkin

G. Basic claim made: Excessive force

H. Disposition of this case: pending

I Approximate date of disposition: N/A

III. List All lawsuits you (and your co-plaintiffs, if any) have filed in any State or federal court in the united State

A. Name of case and docket number: 13 C 4501

B. Approximate date of filing lawsuit: 4-18-13

C. List all plaintiff (if you had co-plaintiffs), including any aliases: DARNELL DUETT

D. List all defendants: Tom DART Victor Thomas

E. court in which the lawsuit was filed: Northern District

F. Name of Judge to whom case was assigned: Thomas Durkin

G. Basic claim made: Cruel and unusal punishment

H. Disposition of this case: Dissmissed

I Approximate date of disposition: N/A

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I arrived in Cook County Jail on 9-30-15 and upon my arrival i was assign to Division 8 RTU 4F and upon my arrival i was Not Notified by C/O John Doe Nor administration. This infection manifestation of body lice problem on Division 8 RTU 4F, Officials can be found liable under the Consitution for denying an inmate humane conditions of confinement when the official's knows of and disregards an Excessive risk to inmate health and

(2) Safety. The officials were both aware of facts from which the inference could be drawn that a Substantial risk of harm Exists. There have been multiple compliants brought forth by inmates to C/o Riley, C/o Vereen, C/o John Doe, Sgt. Peck, Sgt. Daily, Commander Dominquez, Director Moore, C/o MocZarNa, Nurse Lee, Nurse Short, Nurse Jane Doe, Superintendent Brown, and C/o John Doe. on multiple dates Such as 10t-15 to 1022-15 (3) I Darnell Duett

4

personally brought the problem to the intention of c/o John Doe on 10-5-15 which is the date i first caught the infection, i was only given a bottle of lice lotion and a comb. Then on 10-20-15 i was infected again so i brought it to the intions of c/o Matos BADGE# 17424, he sent me to health care which i was given more lotion and a comb from nurse Jane Doe after i showed her the bugs on me. I was sent back to the same deck that happen to be infected with these bugs. The deck still have not been quarintine and no type of exterminater was called in to get rid of the infestation, so not only me catching the infection three times there was many other inmates on the Deck catching the infection multiple times also and

④ multiple inmates put in grievances of the infection that is going on. And still haven't nothing that should be adequately done to get rid of the infection have been done yet ⑤ officials failure to alleviate a significant risk that they have percEived but did not, while cause for commendation, can be condemned as the infliction

5

of punishment (6) liability are imposed on officals solely because of the presence of objectively inhumane Jail conditions. Although state of mind, like intent, is an ambiguous term that can encompass objectively defined levels of blameworthiness (7) An act or omission unaccompanied by knowledge of significant risk of harm might well be something society wishes to discourage, and if harm does result society might well wish to assure compensation (8) prison officials must satisfy a subjective requirement. C/o's and officials showed deliberate indifference to claims, based on officials failure to prevent infection from constantly spreading. To act recklessly in either setting a person must consciously disregard a substantial risk of harm. Finding of recklessness only when a person disregards a risk of harm of which he is aware (9) The officials recklessly acted and has a duty to act fail to act in the face of an unJustifiably high risk of harm that was known and obvious. So it is, indeed, fair to say that failing to act with deliberate indifference to a substantial risk of harm to inmates is the equivalent of recklessly disregarding that risk (10) Complaints and grievance gave officials a knowing willingness that harm occur, the facts are also clear that it is satisfied by something more than acts and omissions for the very purpose of causing harm or with knowledge that harm will result, officials showed more than ordinary lack of due care for the inmates interests and safety. (11) officials acted like criminals, a subjective approach to recklessness. The standard for reckless disregard for the truth in a defamation action by

officials is a subjective one, requiring that the defendants in fact entertained serious doubts as to the truth of they publication, the defendants actually had a high degree of awareness of the infection going on (12) (officials know of a risk, and it is suffices that they knew) use of deliberate for example, arguably requires nothing more than an act or omission of indifference to a serious risk that is voluntry, not accidental. The concept of constructive knowledge is familiar that conclusively resumed awareness from a risks obviousness (13) In light of the duties assigned to specific officials or employees the need for more or different training is so obvious. That Thomas Dart and director Jones, know. And the inadequacy so likely to result in the violation of many constitutional rights, that the policymakers (Thomas Dart and director Jones) upon my belief can reasonably be said to have been deliberately indifferent to the needs of inmates (14) officials had the requisite knowledge of a substantial risk is a fact subject to demonstration in the usual ways, including inference from circumstantial evidence. Therefor officials knew of a substantial risk from the very fact that the risk was obvious. The risk was obvious, so that a reasonable man would realize it, is enough infer that the defendants did in fact realize it, and the inference was conclusive. More than a subjective approach present officials with any serious motivation to take refuge in the zone between ignorance of obvious risks and actual knowledge of risks (15) Inflictions of punishment carry liability. permitting liability when a municipality disregards obvious needs. Officials failure shows a deliberate indifference to the rights of its inhabitants

officials were "reckless in a criminal sense", meaning that they had "actual knowledge" of a potential danger. Officials, however, never lacked the requisite knowledge. Inmates expressed concern for our safety to many officials. (16) The constitution does not mandate comfortable jails, but neither does it permit inhumane ones, and it is now settled that the treatment a inmate receives in jail and the conditions under which inmates is confined are subject to scrutiny. The constitution also imposes duties on these officials, who must provide humane conditions of confinement; officials must ensure that inmates receive adequate clothing, shelter, and medical care; and must take reasonable measures to guarantee the safety of the inmates (17) CCDOC officers and employees, have stripped us of virtually every means of self-protection and foreclosed our access to adequate aid, officials are not free to let the state of nature take its course. (18) Restrictive and even harsh, being infected is simply not part of the penalty that inmates pay for our offenses against society. Officials action and omission result in the denial of the minimal civilized measure of lifes necessities. The deprivation was, objectively, sufficiently serious (19) All inmates that was infected showed that we is incarcerated under conditions posing a substantial risk of harm. In jail-conditions that state of mind is one of deliberate indifference to inmates health and safety (20) To violate the cruel and unusual punishments clause, a official must have a sufficiently culpable state of mind, and shows that deliberate indifference of

officials State of mind was more blameworthy and negligence (21) Inadequate Jail medical care violated the cruel and unusual punishments clause. Deliberate indifference to our medical needs, from negligence in diagnosing and treating a medical condition. (22) c/o Vereen, c/o Riley, c/o Moczarna, c/o John Doe, c/o John Doe, Sgt. Peck, Sgt. Daily, Superintendent Brown, Commander Dominguez, Nurse Lee, Nurse Short, Nurse Jane Doe. Had knowledge that harm will result. Thus, it is the equivalent of acting recklessly. This establish the level of culpability deliberate indifference entails, subjective recklessness only because officials has disregarded a risk of harm of which they was aware is a familiar and workable standard that is consistent with the cruel and unusual punishments clause. (23) failure to alleviate a significant risk that an official should have perceived but did not. Jail officials is not free to ignore obvious dangers to inmates, official had the requisite knowledge is a fact subject to demonstration in the usual ways. (24) officials knew of a substantial risk from the risk but did not think that the complainants was especially likely to be infected by the inmate who started the act. It does not matter whether the risk came from a particular source or whether a inmate faced the risk for reasons personal to him or because all inmates in our situation faced the risk, prison officials are held liable if they were aware of even on obvious risk or if they responded unreasonably to a known risk, even if the harm ultimately was not averted. (25) Inmates took advantage of adequate Jail procedures to resolve the

infection from spreading, but inmates in CCDOC have to suffer physical injury before obtaining prospective relief. The subjective test adopted today is consistent with the principle that "one does not have to await the consummation of threatened injury to obtain preventive relief. The grievance procedures, notifyed officials of a danger. The grievances alone is enough to show that the officials was subjectively aware of the risk, so officials had knowledge about the confinement conditions and thus were to be held liable. (26) The prison officials could be found liable under the constitution for denying the inmates humane conditions of confinement officials knew of and disregarded an excessive risk to inmates health and saftey. The prison officials was aware of facts from which the inference could be drawn that substantial risk of harm existed, and they also draw the inference (27) The treatment a prisoner receives in prison and the conditions under which he is confined are subject to scrutiny, in it's prohibition of cruel and unusual punishments. The constitution also imposes duties on these officials, who must provide humane conditions of confinement; prison officials must ensure that inmates receive adequate shelter and medical care, and must take reasonably measures to guarantee the safety of the inmates (28) The deprivation alleged shows, objectively, sufficiently serious condition posing a substantil risk of harm, officials had a sufficienty culpable state of mind; state of mind is one of deliberate indifference to inmates health. Liability were more than ordinary lack of due care for the inmates interests and

Safety (29) Officials duty is to ensure reasonable safety, therefore, prison officials who act unreasonably can be found liable under the cruel and unusual punishments clause. A subjective approach to deliberate indifference does not require a inmate seeking a remedy for unsafe conditions to await a tragic event such as an actual infection before obtaining adequate relief. (30) punishment have befell upon every inmate on Division 8 4F, and prison authorities current attitudes and conduct, knowingly and unreasonably disregarding an objectively intolerable risk of harm, and that they continue to do so. prison officials current attitudes and conduct, is a contemporary violation of a nature likely to continue must adequately plead such violations (31) officials never tried to prevent a substantial risk of injury from ripening into actual harm, other inmates infections and grievances demonstrate the continuance of the disregard during the remainder of the litigation and into the future (32) Jail officials duty to provide for inmates safety is not to be taken lightly. Jail conditions could constitute cruel and unusual punishment without any officials improper subjective motivations. In more than three weeks inmates have been giving advance notice to the officials of the risk of harm (33) officials are held liable for denying to a inmate humane conditions of confinement, under the rule that an officials deliberat indifference to a substantial risk of harm to inmates violates the cruel and unusual punishments clause, only because official is subjectively aware that inmates face such a risk. The officals not only being

aware of facts from which an inference of such a risk could be drawn, but also drawing that inference and disregards that risk by failing to take reasonable measures to abate the risk; deliberate indifference is equivalent to reckless disregard and describes a state of mind more blameworthy than negligence, but is something less than acts or omissions for the very purpose of causing harm and with knowledge that harm will result; subjective recklessness (34) The failure of officials to alleviate a significant risk that they have perceived, but did not, can be condemned as the infliction of punishment. Serves a legitimate penological objective any more than it squares with evolving standards of decency. (35) Showing of prison officials subjective awareness of risk, officials may be liable under the constitute for failing to protect (36) officials continue to remove and place inmates on 4F despite knowing that the lice and history of the infection. Knowing that any and all inmates would be particulary vulnerable to infection. Officials conduct amounted to a deliberately indifferent failure to protect the inmates safety, and thus to a violation of the inmates rights under the cruel and unusual punishment clause (37) Inference from circumstantial evidence; a factfinder may conclude that the officials knew of a substantial risk from the very fact that the risk was obvious. Inmates presents evidence showing that a substantial risk catching lice was longstanding, prevasive, well-documented, and expressly noted by the officials in the past, and if the circumstances suggest that the officials had been exposed to information concerning the risk and thus must have known about

the risk, then such evidence is sufficient to permit a trier of fact to find that the officials had actual knowledge of the risk (38) The evidence shows that officials merely refused to verify underlying facts that the strongly suspected to be true or declined to confirm inferences of risk that they strongly suspected to exist. (39) Officials know that some infections are communicable and that a single inmate is administer it to other inmates, but refuse to listen to a subordinate who the officials strongly suspect will attempt to explain the associated risk of transmitting infection (40) officials cannot escape liability for deliberate indifference by showing that while they were aware of an obvious, substantial risk to inmate safety, officials did know that inmates was likely to catch lice by the specific inmate who eventually came in infested. Officials, acting with deliberate indifference exposed inmates to a sufficiently substantial risk of damage to the inmates health, and it does not matters whether the risk comes from a single source or multiple sources. Officials have inflicted punishment among every inmate on 4F of Division 8 RTU. (41) Exposure of inmates to "infectious maladies" such as lice, even though the possible infection might not affect all of those exposed. Shows officers and CCDOC nurses acted with deliberate indifference, and exposed inmates to a sufficiently substantial risk of damage to inmates future health. A jail official duty is to esure "reasonable safety" (42) Inmates who plainly proved an unsafe condition in their jail on the ground that something happened to them, nothing can adopt today clashes with

that common SENSE. principle, subjective approach to deliberate indifference does not require a Inmate seeking a remedy for unsafe conditions to await a tragic event such as an actual infection before obtaining relief. (43) Inmates comes forward with evidence from which it can be inferred that the officials were at the time suit was filed, knowingly and unreasonably disregarded an objectively intolerable risk of harm, and that they will continue to do so. Insofar as inmates seeks injunctive relief to prevent a substantial risk of serious injury from ripening into actual harm, the subjective factor, deliberate indifference, should be determined in light of the Jail authorities current attitudes and conduct. (44) officials could not escape liability cause the evidence shows that officers and employees of CCDOC merely refused to verify underlying facts indicating that one inmate has lice, but resists opportunities to obtain final confirmation; And they knew that some infections are communicable and that a single room is being used to house thirty-nine inmates (45) And the circumstances suggest that the defendants-officials being sued had been exposed to information concerning the risk and thus have known about it, then such evidence could be sufficient to permit a find that the officials had actual knowledge of the risk. (46) plaintiff also demonstrate the continuance of that disregard; so plaintiff ask for injunction relief so that the court can design a way to halt an ongoing violation in Jail conditions that include and unsanitary condition in CCDOC. (47) The plaintiff expressed many concerns for our safety to all

of the respondents. Inmates establish officials awareness by reliance on many relevant evidence. Inhumane jail conditions violate the constitution even if no officials has improper, subjective state of mind. To the effect that barbaric jail conditions may be beyond the reach of the constitution when officials can be deemed culpable (48) suffering endured by a inmate that is not formally a part of his sentence no matter how severe or unnecessary will be held violative of the cruel and unusual punishments clause. Because the inmates establishes that some officials intended the harm. It is assumed, if not established, that the conditions of confinement are themselves part of the punishment, even if not specifically "meted out" (49) The infection shows that conditions were more than uncomfortable, and instead rose to the level of conditions posing a substantial risk of serious harm to inmates health and safety. The severity and duration of deprivations were inversely proportional (50) Grievances and the camras on 4F Rtu Division 8, show that officials acted and failed to act knowing that harm actually befall on inmates, officials is aware of the potential for harm but takes no reasonable efforts to aviod or alleviate that harm, so they bears liability under any standard. Both knowledge and disregard of risks, a mens rea on a par with criminal recklessnes (51) officials have inflicted punishment in a manner that evokes both health concerns and the more general standards of dignity. The severity and duration of deprivations were inversely proportional, the length of exposure to the conditions, and the substantial

deprivation of Sanitation. Shows something more than negligence. Thomas DART and Director Jones are the heads of cook count Jail and everything have to go through one or the other. So the conditions of our incarceration is soley up to them and others upon my belife and understanding. Director moore and C/O MoClarna came on the Deck on 10-16-15 and was told about the problem of the infection that was going around. So they avoided to alleviat that harm, which befall on Thomas Dart, Director Jones and Director moore, which is clearly a violation of Inmates rights under the constitution of the united States. Violation of due proccess rights, violation of negligence and equal protection plus more. Commander Dominquez came on the deck multiple times and was told of the infection and still refused to use the power he has to quarantine the deck which is a violation of Inmates right cruel and unusal punishment, violation Due procces rights, negligence and many more. Sgt. peck, Sgt. Daily also came on the deck and was told of the infection but still refuse to do something Just like C/O Riley, C/o vereen, C/o John Doe, C/o John Doe all violated Inmates rights under the constitution such as cruel and unusal punishment, negligence, unsafe living conditions and many more. Nurse Lee, nurse short and nurse Jane Doe also was advised about the problem and refuse to act upon they duty, and told inmates that the problem we are having is a CCDOC problem not theirs. So they violated many of Inmates constitution rights. And the John Doe's and Jane Doe can be reveraled by Thomas Dart, he can put the names to the Doe's.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Each defendant is sued individually and in his/her official capacity, at all times mentioned in this complaint Each defendant acted under the color of State law. Punitive damages in the amount determind by Jury against Each defendant. Compensatory damages in the amount determind by Jury against Each defendant, Jointly and Severally. Plaintiff Cost in this Suit and any legal fees any out or in court fees And Injuaction relief to change the Screening Prossess and any additional relief court Dtem Just

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 15

_____

_____
(Signature of plaintiff or plaintiffs)

DARNELL DUETT
(Print name)

2014 0626293
(I.D. Number)

P.O. Box 089002

Chicago IL 60608

_____
(Address)

6                                                    Revised 9/2007



Color of law

1 Thomas DART

2. Director JONES

3. C/o MOUZXRNA

4. Commander Dominquez

5. Sgt. PECK

6. Sgt. DAily

7. Superintendent Brow

8. C/o Riley

9. C/o VEREEN

10. Nurse LEE

11. NUrSE Short

12. Nurse JANE DOE

13 C/o John DOE

14. C/o John DOE

EAch DEfendant was under the color of law when Such rights was violated.

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DuETT | DARNEll | 20140626293 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| RTu 8 | 4F | 10-20-15 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-20-15 | 1:00 | 4F |

As i was getting in the shower, i took off my briefs and observed multi lice in the inside of my briefs. I showed c/o MATOS #17424, he admittly sent me to health care. I was given lice treatment which was some lotion and a comb. Nothing else was done about the lice, i was sent back to the deck. And the deck remain infested with these lice

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

quarline the deck and treat everything properly

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| THE WHOLE DECK C/O MATOS #17424 | Darnell Duett 10-20-15 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Crw Booker | Crw B | 10/21/15 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DUETT | DARNELL | 20140626293 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8 RTU | 4F | |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionados o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-1-15 | 7:59 P.M. | RTU-8 4F |

I've been putting in multi request slip to Health Care, because I caught lice on this DECK from another Inmate. I've also told C/o's and nurses that i have this problem. I EVEN have Shown them the bugs. But still i haven't been SEEN yet. I'm Study being told by nurses that it's a IDOC problem Not there's. All IDOC have DONE is Change our cloths and line

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To BE treated For these lice, and treat the lices that's still running around this DECK

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* Counslor Churchill LANCE WYATT Shawn Moores | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Darnell Duett 10-9-15 |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): Crw Booker | SIGNATURE: Crw B | DATE CRW/PLATOON COUNSELOR RECIEVED: 10/13/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Brooks
PRINT - FIRST NAME *(Primer Nombre):* David
INMATE BOOKING NUMBER: 20140328258
DIVISION *(División):* 8 Rtu
LIVING UNIT *(Unidad):* 4F
DATE *(Fecha):* 10/12/15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT: 10/12/15
TIME OF INCIDENT: 9:00 pm
SPECIFIC LOCATION OF INCIDENT: Div-8/Living Unit 4F

On several occasions I have found Lice on my living Bunk Area & on several items. Of body Lice on my clothes & linen Area. They have passed me the Lice treatment.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

This dork be power washed, Dock be quisinel & all clothes be washed.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: DARNELL DUETT
INMATE SIGNATURE AND DATE: David D Brooks 10/12/15

CRW/PLATOON COUNSELOR (Print): Crw Bogles
SIGNATURE: Crw B
DATE CRW/PLATOON COUNSELOR RECIEVED: 10/13/15
SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Randle | Norell | 2015005267 |
| **DIVISION** *(División):* RtuS | **LIVING UNIT** *(Unidad):* 4F | **DATE** *(Fecha):* 10-14-2015 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

10-14-2015

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 4-1-2015 10-7-15 | 7:30 A.m. | Div 8 Rtu 4F 2 South East |

I came on this Deck which is Division8 Rtu 4F on 10-7-15 I awoke itching from parasite that I discover was lice. I have been putting in multi Request Slips to health Care Regarding this infection and still til this day there haven't been nothing done about this infection

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

Please do Something about this infection "ANYThing".

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| Miller | Norell Randle 10-14-2015 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Crw Booker | | 10-15-2015 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)　　　　(**WHITE COPY** – INMATE SERVICES)　　　　(**YELLOW COPY** – CRW/PLATOON COUNSELOR)　　　　(**PINK COPY** – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Page

**PRINT - FIRST NAME** *(Primer Nombre):* Devord

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20131011240

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 4f

**DATE** *(Fecha):* 10/16/15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-14-15 | Morning 6:30 | 8 4f 10/16/15 |

Shortly after coming on this deck I caught lice and I'm not the only person with these issues I heard this have been a problem since Oct & Sept. and here we are now. I souldn't have this problem because the the deck sould be Droablly clean & rid of this

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I need medical attendant to get rid of these lics and the deck be Droablly clean inwhich I'm intitled to.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Devord Page

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | CWB | 10/19/15 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |

(FCN-40)(SEP 14)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**  *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Keith

**PRINT - FIRST NAME** *(Primer Nombre)*: KENNETH

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20150914056

**DIVISION** *(División)*: 8

**LIVING UNIT** *(Unidad)*: 4-F

**DATE** *(Fecha)*: 10-18-015

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente)*: 10-13-15

**TIME OF INCIDENT** *(Hora Del Incidente)*: 444 pm

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: 4F DivB

Have been Complaining About lice since the 13th oct 015 Found lice in my bath towle showed unit officer And Nothing was done I didnt get treatment or Another bath towle.
4:44 pm

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

I would like something to be done About these lice on this deck

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*: Kennett D. Keith 10-18-015

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** Crw Booker

**SIGNATURE:** Crw B

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/19/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| BRISCOE | DARNELL | 2015-0823221 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8-RTU-4 | 4 7 | |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 9-29-15 | 10:45 A no Mo | RTU 4 7 |

DURING THE DATE AND TIME ABOVE ; FOllOWED THE COOK COUNTY DEPARTMENT OT CORRECTIONS INMATE HAND RULE BOOK CHAPTER #4 PAGE #11 REGARDING EMERGENCY HEALTH CARE. I didN't RECIEVE ANYTHING TOWARD RESOLVING THIS ISSUE UNTIL 12-15, IT WAS INADQUATE RESOLUTION DUE TO NOT GETTING NEW CC DOOC BROWNS INMATE

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I WAS GIVEN CREAM RINSE, BUT 47 WAS NOT THROUGHN CLEANED NOR WAS THE UNIT OR LABORTORY POWER WASHED CoCo DOOC TO PROPERLY PUT HEALTH AND SANITATION FIRST

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Darnell Briscoe 10-12-15 |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): Crw Bodler | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 10/14/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)      **(WHITE COPY** – INMATE SERVICES)      **(YELLOW COPY** – CRW/PLATOON COUNSELOR)      **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0091344

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Briscoe | INMATE FIRST NAME *(Primer Nombre):* Darnell | ID Number *(# de identificación):* 20150823221 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

DATE REFERRED: 10 / 14 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: INMATES DO NOT DICTATE CCDOC POLICY. PROPER MEDICAL + SANITARY PROCEDURES FOLLOWED ON DAY IN QUESTION

| PERSONNEL RESPONDING TO GRIEVANCE (Print): Lt. Pullums | SIGNATURE: | DIV. / DEPT. 08 RTII | DATE: 10 / 26 / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: 11 / 2 / 15 |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
____ / ____ / ____

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* ____ / ____ / ____ |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion):*
____ / ____ / ____

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE **LAST** NAME *(Apellido del Preso):* Robinson

PRINT - **FIRST** NAME *(Primer Nombre):* Joeseph

INMATE BOOKING NUMBER *(# de identificación del detenido)* 2015l003013

DIVISION *(División):* 8 rtu

LIVING UNIT *(Unidad):* 4F

DATE *(Fecha):* oct 25, 2015

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionados o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10/24/15 | 9:30 AM | div 8 rtu 4F |

I woke up 10/24/15 scraching bug me which was lice the deck infestion with lice and this been a longstanding problem, and aint no one is doing Nothing about it

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

PLEASE TAKE CARE of this Lice Problem that's on the deck

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* whole deck

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): Crw Booker | SIGNATURE: Crw B | DATE CRW/PLATOON COUNSELOR RECIEVED: 10/26/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)       **(WHITE COPY** – INMATE SERVICES)       **(YELLOW COPY** – CRW/PLATOON COUNSELOR)       **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☑ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Coffey

**PRINT - FIRST NAME** *(Primer Nombre):* Maurice

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20150806230

**DIVISION** *(División):* 8 RTU

**LIVING UNIT** *(Unidad):* 4F

**DATE** *(Fecha):* 10-25-15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente):* Oct 25, 2015

**TIME OF INCIDENT** *(Hora Del Incidente):* 8:30 AM

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Div 8 RTU 4F

I arrived on 4F on Oct 24 2015 on Oct 25, 2015 I awoke to an infestation of lice. I NEVER before had lice. I Recent found that this Deck was infested with lice And there is nothing being done about it

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

That the deck be Courantine & Decontaminated This is Not A Selfish Request but a request To relieve infestation to all.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** Crw Booker

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/26/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)  **(WHITE COPY** – INMATE SERVICES)  **(YELLOW COPY** – CRW/PLATOON COUNSELOR)  **(PINK COPY** – INMATE)

(Oficina del Alguacil del Condado de Cook)

# INMATE GRIEVANCE FORM *Page 1 of 4*
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** This is an

☒ EMERGENCY GRIEVANCE Emergency Grievance,

☐ GRIEVANCE NOT A REQUEST,

☐ NON-GRIEVANCE (REQUEST) give me a Control #

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| WYATT | LANCE | 20110130152 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 4F | 10.25.15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10.23.15 | All day/night | RTU, Unit 4F |

On 10.23.15 I awoke to deep scratches all over my left ankle. Upon further inspection I noticed bug bites covering the same ankle and lower leg. I must have dug scratches into my left leg due to scratching body lice with toenails which are extremely broken and jagged due to not being to the barbershop to cut them since, I think, July. Body lice were

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

discovered on detainees on 4F since at least 9.30.15. Security changed our sheets and blankets on 10.1.15 but did not give us all Lice Treatment or change our uniforms even after I removed lice from the original infected

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| Everyone living and working 4F the last month | Lance R. Wyatt / 10.25.15 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Parker | Crw B | 10/26/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
|  |  |  |

(FCN-40)(SEP 14)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM  Page 2 of 4
(Formulario de Queja del Preso)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME (Apellido del Preso):** WYATT

**PRINT - FIRST NAME (Primer Nombre):** LANCE

**INMATE BOOKING NUMBER (# de identificación del detenido):** 2011 0130152

**DIVISION (División):** 08

**LIVING UNIT (Unidad):** 4F

**DATE (Fecha):** 10.25.15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT (Fecha Del Incidente):** 10.23.15

**TIME OF INCIDENT (Hora Del Incidente):** All day/night

**SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente):** RTU, Unit 4F

inmate and showed them to Nurse Short and Nurse Lee who assured Psych worker Doug, Dr Silhaty (sp?), and the officers working that 9.30.15 7-3 shift that they were, in fact, not body lice and also that they were security's problem and not their's. So we got that guy removed from the deck on the 3-11 shift and got our linens

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

changed the next day. Uniform exchange did not occur on the 3rd, or the 10th, 17th, or 24th for that matter and only came twice from the 7th, 14th, or 21st. WE HAVE ALSO NOT HAD OUR WHITES LAUNDERED SINCE MID-

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):*
Everyone living and working 4F the last month

**INMATE SIGNATURE AND DATE (Firma del Preso/Fecha):**
Lance d. Wyatt / 10.25.15

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** CRW Bexler

**SIGNATURE:** CRW

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 1/26/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** 

**SIGNATURE:** 

**DATE REVIEWED:** 

(FCN-40)(SEP 14)       (WHITE COPY – INMATE SERVICES)       (YELLOW COPY – CRW/PLATOON COUNSELOR)       (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** Page 3 of 4
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: WYATT | PRINT - FIRST NAME *(Primer Nombre)*: LANCE | INMATE BOOKING NUMBER *(# de identificación del detenido)*: 20110130152 |
|---|---|---|
| DIVISION *(División)*: 08 | LIVING UNIT *(Unidad)*: 4F | DATE *(Fecha)*: 10.25.15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)*: 10.23.15 | TIME OF INCIDENT *(Hora Del Incidente)*: All day/night | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*: RTU, Unit 4F |
|---|---|---|

SEPTEMBER! (And it's against the rules to wash our own clothes!) A couple guys were given LICE Treatment on 10.1.15 and a couple more have been given it since. But I had saved my own bottle from two or three years ago in Division 10 because body lice are absolutely filthy, irritating, disgusting, stressful, hurtful, itchy, harmful,

**ACTION THAT YOU ARE REQUESTING; THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*:

and dangerous. and CCDOC never seems to take them as seriously and importantly as they actually are when eating flesh and blood! So on 10.23.15 I showered with my own bottle of Lice Treatment, got a new uniform, sheets,

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* Everyone living and working 4F the last month | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: Lance A. Wyatt / 10.25.15 |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): CRW Bost on | SIGNATURE: CRW B | DATE CRW/PLATOON COUNSELOR RECIEVED: 10/26/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

Case: 1:16-cv-04945 Document #: 6 Filed: 04/29/16 Page 39 of 48 PageID #:394

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM *Page 4 of 4*
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** *Give me a control number!*

☑ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* WYATT
**PRINT - FIRST NAME** *(Primer Nombre):* LANCE
**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20110130152

**DIVISION** *(División):* 08
**LIVING UNIT** *(Unidad):* 4F
**DATE** *(Fecha):* 10.25.15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hubo una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 10.23.15
**TIME OF INCIDENT** *(Hora Del Incidente)* All day/night
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* RTU, Unit 4F

and bedroll from 3-11 officers, and received both Hydrocortison Cream 1% and Bacitracin, USP for my ankle and leg injuries from scratching bugs in my sleep from 3-11 Nurse's House who is ALWAYS helpful. This happened to me because CCDOC and it's nurses allowed the bugs to fester, multiply, and attack for over three weeks since being reported. That's deliberate

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*
I want a new bottle of Lice Treatment IMMEDIATELY for the indifference next time body lice attack and eat on me while CCDOC and it's nurses do nothing. I want to go to the barbershop and cut my toenails for the first time in three months. And I want serious compensation

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI elegido presentar su queja mas de 2 días antes que cuando la entrego y le puso la fecha desde un principio, es necesario que cambie la fecha y incluya sus iniciales para sumitir su forma)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Everyone living and working 4F the last month
**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Lance A. Wyatt / 10.25.15

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**
**SIGNATURE:** Crw B
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/26/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)　　　**(WHITE COPY – INMATE SERVICES)**　　　**(YELLOW COPY – CRW/PLATOON COUNSELOR)**　　　**(PINK COPY – INMATE)**

Case: 1:16-cv-04545 Document #: 61 Filed: 04/29/16 Page 40 of 48 PageID #:1405

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Crume | Stanley | 2015 0905001 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8 | 4F | 10-5-15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-5-15 | 17:25 | Div 8     4F |

I was at my bed & observe a lice on the floor crwaling to my bunk. There has been 5 times that this lice has been poped up. The staff change our linen but did not change our clothes. The deck is being attack by lice.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

That the deck be quarline for lice, also all clothes & linen be change.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL IT TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)* |
|---|---|
| | Stanley Crume |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Crw Booker | Crw B | 10/6/15 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)      **(WHITE COPY** – INMATE SERVICES)      **(YELLOW COPY** – CRW/PLATOON COUNSELOR)      **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0397541

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

2015 x 5543

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Crume | Stanley | 20150905001 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

08 KW Supt

DATE REFERRED: 10 / 6 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Taken care of on 13OCT15 on 3rd shift per SGT Pack

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Ales | | 8/ATC | 10 / 15 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ___ <br> ☐ NON-GRIEVANCE SUBJECT CODE: ___ | Stanley Crume | 10 / 13 / 15 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 10 / 14 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

They never quartine the unit or took out linen for exchange or matters. It on ___ camera they only came on the days on clothes change that all they did.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*   Yes *(Si)* ☐   No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

Issue addressed pe- Div. Staff

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| J Mueller | | 10, 23, 15 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):* |
|---|---|---|
| Stanley Crume | | 10 / 26 / 15 |

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**  *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)*: |
|---|---|---|
| Hampton | Jerard | 20150114290 |
| **DIVISION** *(Division)*: 8 | **LIVING UNIT** *(Unidad)*: 4F | **DATE** *(Fecha)*: 10-5-15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-5-15 | 11:08 Am Approx | 8-4F |

We have been dealing with a lice infestation for over a week and CCDOC has not exterminated the lice problem I have been treated once for lice three days ago but the infestation problem still exist. This is deliberate indifference to all 39 inmates on 4F because people are still finding bugs (lice) also I haven't been able to change clothes.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*: I need CCDOC to take care of the lice infestation on 4F and let everyone change linens, cloths, and matresses

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre personal o presos que tengan información:)* Victor Moreno | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: 10-5-15 |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): Crw Booker | SIGNATURE: Crw B | DATE CRW/PLATOON COUNSELOR RECIEVED: 10/6/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)  **(WHITE COPY – INMATE SERVICES)**  **(YELLOW COPY – CRW/PLATOON COUNSELOR)**  **(PINK COPY – INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*  0335252

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : 2015 × 5542

## INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso)*: Hampton

INMATE FIRST NAME *(Primer Nombre)*: Jerord

ID Number *(# de identificación)*: 2015 011-1290

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 170-Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

DATE REFERRED:

RESPONSE BY PERSONNEL HANDLING REFERRAL: Your concern has been adressed on 13 oct 15 with all linens, uniforms and mattress taken care of on the 3-11 shift per Sgt Pack

PERSONNEL RESPONDING TO GRIEVANCE (Print): C. Ross

SIGNATURE:

DIV. / DEPT.: 3/R-U

DATE: 10/15/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT.: | DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 10/19/15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido)*: 10/19/15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación)*: They never took care of the infestation on our tier it is on camera that they havent even changed the mattresses and they only changed uniform twice and no laundry has been cleaned.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿Apelación del detenido aceptada por el administrador o/su designado(a)?*   Yes *(Si)* ☐   No ⊗

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*: Issue was addressed for div. staff.

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*:

SIGNATURE *(Firma del Administrador o / su Designado(a))*:

DATE *(Fecha)*: 10/23/11

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: 10/ /15

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

0506806

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #
2015 X 5924

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso)*: Duett | INMATE FIRST NAME *(Primer Nombre)*: Darnell | ID Number *(# de identificación)*: 2014062b293 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
170- Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

DATE REFERRED: ___ / ___ / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: THIS MATTER HAS BEEN ADDRESSED BY MEDICAL STAFF, THE DIVISIONAL SANITATION OFFICER AND THE CCDOC SANITARIAN.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): LT. J. PHILLIPS | SIGNATURE: | DIV. / DEPT.: 08 (TY) | DATE: 10 / 31 / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT.: | DATE: |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: Darnell Duett

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida)*:
11 / 16 / 15

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido)*: 11 / 16 / 15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

No it have not been addressed by medical staff nor sanitation officers as should be. There was more than one inmate with lice and they have not been treated

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐    No ☑ |
|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:
Original Response to Stand.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: 11 / 20 / 15 |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso)*: Darnell Duett

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion)*:
12 / 1 / 15

# EXHIBT

Multi : ↓
Lice

LICE ↓

LICE ↓

LICE ↙

LICE →

LICE ↗

# ExHIBT

DATE: ↓ 10-12-15

NAME: ↓ DARNEII DUETT
ADDRESS: ↓ RTU-8 4F





Darnell Duett #47764-424
Metropolitan Correctional Center
71 W. Van Buren
Chicago IL 60605

INSPECTED
U.S. Marshal

Expected Delivery Day: 04/28/2016

USPS TRACKING NUMBER

9505 5119 1128 6118 4203 79

LEGAL MAIL RECEIVED
APR 29 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRISONER CORRESPONDENT
219 S. DEARBORN
Chicago IL 60604

1:16-cv-4845
Judge Thomas M. Durkin
Magistrate Judge Mary M. Rowland
PC1



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 19 Apollo